```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #:_____           │
│ DATE FILED: 7/20/2023            │
└─────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE DOE FUND, INC,

                Plaintiff,

      -against-

BERKLEY INSURANCE COMPANY,

              Defendant.

22-cv-9852 (MKV)

<u>ORDER</u>

MARY KAY VYSKOCIL, United States District Judge:

The Status Conference scheduled for August 8, 2023 is hereby rescheduled to August 9, 2023 at 10:30 AM.

**SO ORDERED.**

**Date:   July 20, 2023**
**New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**